UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| THEODORE GUZMAN,<br><br>Petitioner,<br><br>vs.<br><br>TERESA BITTINGER, WARDEN; THE ATTORNEY GENERAL OF THE STATE OF SOUTH DAKOTA,<br><br>Respondents. | 5:23-CV-05088-RAL<br><br>JUDGMENT OF DISMISSAL WITHOUT PREJUDICE |

Based on the Opinion and Order Adopting Report and Recommendation and Dismissing Petition Without Prejudice, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed without prejudice under Rules 54 and 58 of the Rules of Civil Procedure.

DATED this 30th day of September, 2024.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE